UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS BRIGGS,

Plaintiff,

v

UNIVERSITY OF DETROIT MERCY, et al.,

Defendants.

Civil Action No. 13-12583

District Judge Robert H. Cleland
Magistrate Judge R. Steven Whalen

Michael L. Stefani (P20938)
Frank J. Rivers (P62973)
Stefani & Stefani, Professional Corporation
512 E. Eleven Mile Road
Royal Oak, MI 48067
(248) 544-3400
Attorneys for Plaintiff

Donald B. Miller (P23419)
Rebecca S. Davies (P52728)
Butzel Long, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7020
Attorneys for Defendants University of Detroit Mercy and Keri Gaither

Michael D. Weaver (P43985)
Plunkett Cooney, P.C.
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI 48304
(248) 901-4025
Attorneys for Defendants Mort Meisner and Mort Meisner Associates, Inc.

**ORDER GRANTING REMOVAL OF BETHANY STEFFKE SWEENEY AS COUNSEL FOR DEFENDANTS UNIVERSITY OF DETROIT MERCY AND KERI GAITHER**

This matter having come before the Court pursuant to the Notice of Withdrawal filed by Bethany Steffke Sweeny, and the Court being fully advised in the premises:

IT IS THEREFORE ORDERED that Bethany Steffke Sweeny is removed as counsel of record for Defendants University of Detroit Mercy and Keri Gaither. Butzel Long will remain in

the case as counsel for Defendants University of Detroit Mercy and Keri Gaither.

IT IS SO ORDERED.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 5, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 5, 2013, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522