**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CARLOS BRIGGS,

    Plaintiff,

v.                                       Case No. 13-12583

UNIVERSITY OF DETROIT-MERCY, et al.,

    Defendants.
                                             /

**ORDER DIRECTING THE MEISNER DEFENDANTS
TO ANSWER PLAINTIFF'S COMPLAINT**

On January 29, 2013, Plaintiff Carlos Briggs sued his former employer, University of Detroit Mercy (UDM), his former boss at UDM, Kerry Gaither, UDM's media consultant, Meisner Associates, Inc., and its President, Mort Meisner, under Title VII of the Civil Rights Act of 1964 and state law, in Wayne County Circuit Court. Subsequently, Defendants collectively removed the case to this court. It has come to the court's attention that Defendants Meisner Associates, Inc. and Mort Meisner (hereinafter "the Meisner Defendants") have not filed an answer to Plaintiff's complaint. Accordingly,

IT IS ORDERED that the Meisner Defendants' are DIRECTED to file an answer to Plaintiff's complaint by **May 21, 2014**. If the Meisner Defendants fail to comply with this deadline, Plaintiff may request a clerk's entry of default pursuant to Fed. R. Civ. P. 55(a).

                                                         s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: May 12, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 12, 2014, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
