**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CARLOS BRIGGS,

    Plaintiff,

v.                                               Case No. 13-12583

UNIVERSITY OF DETROIT-MERCY, et al.,

    Defendants.

_____/

**ORDER GRANTING SUMMARY JUDGMENT
IN FAVOR OF THE MEISNER DEFENDANTS ON COUNT II**

On May 29, 2014, the court issued an order for Plaintiff to show cause why, under the law-of-the-case doctrine, summary judgment should not be granted to the Meisner Defendants on count II for the reasons the court granted summary judgment to Defendants University of Detroit Mercy and Keri Gaither. (*see* Dkt. # 60). Plaintiff has failed to respond to the court's order to show cause. Accordingly, pursuant to Federal Rule of Civil Procedure 56(f)(1) and for the reasons stated in the court's May 27, 2014 order granting summary judgment,

IT IS ORDERED that summary judgment is GRANTED in favor of Meisner Associated, Inc., and its President, Mort Meisner, on count II. A separate judgment will issue.

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: June 16, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 16, 2014, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522