UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS BRIGGS,

    Plaintiff,

v.                                Case No. 13-12583

UNIVERSITY OF DETROIT-MERCY, et al.,

    Defendants.
                                                  /

**JUDGMENT**

In accordance with the court's orders granting summary judgment to Defendants (Dkt. # # 57, 60, 65)

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants. Dated at Detroit, Michigan, this 16th day of June 2014.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                       s/ Lisa Wagner
                                By: Lisa Wagner, Case Manager
                                   to Judge Robert H. Cleland